IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Julie Moore, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>Credit Corp Solutions, Inc., d/b/a/ Tasman Credit,<br><br>　　　Defendant. | **MEMORANDUM DECISION AND ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>Case No. 2:21-cv-00651-JNP-CMR<br><br>District Judge Jill N. Parrish |

Pursuant to the stipulated motion made by counsel during oral argument on March 23, 2023,[1] and Federal Rule of Civil Procedure 12(h)(3), the court hereby dismisses this action without prejudice.

DATED March 24, 2023.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge

---

[1] The court appreciates that plaintiff's counsel was forthright about dismissing the case at the beginning of the hearing, but notes that it would have been preferable to provide notice sufficiently in advance of the hearing to save the court, law clerk, and opposing counsel time on this matter.