IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Julie Moore, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>  v.<br><br>Credit Corp Solutions, Inc., d/b/a/ Tasman Credit,<br><br>            Defendant. | **JUDGMENT**<br><br>Case No. 2:21-cv-00651-JNP-CMR<br><br>District Judge Jill N. Parrish |

IT IS ORDERED AND ADJUDGED that Julie Moore's action is dismissed without prejudice.

DATED March 24, 2023.

                                                    BY THE COURT:

                                                    _____
                                                    JILL N. PARRISH
                                                    United States District Judge